IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KATHERINE COMERFORD,
    Plaintiff,

vs.                              Case No.:  5:05cv183/SPM/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on Plaintiff's Motion to Dismiss Complaint (Doc. 29). Plaintiff requests voluntary dismissal of her complaint and states "[a]t this time, [Plaintiff] does not want to proceed with her complaint" (*id.* at 1).

    Because Defendant has served an answer in the instant case, this action may not be dismissed at Plaintiff's instance except by order of the court.  Fed. R. Civ. P. 41(a)(2).  In light of Plaintiff's desire to dismiss her petition and the fact that Defendant has no objection to dismissal (*see* Doc. 29 at 1), this Court concludes dismissal is appropriate.

    Accordingly, it is respectfully **RECOMMENDED**:

    1.    Plaintiff's Motion To Dismiss (Doc. 29) be **GRANTED**.

    2.    This action be dismissed and the clerk be directed to close the file.

At Pensacola, Florida, this 23rd day of May 2006.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed recommendations must be filed within ten days after being served a copy hereof. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**