IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KATHERINE COMERFORD,

    Plaintiff,

vs.                                      5:05-CV-183-SPM/AK

JOANNE BARNHART,
**Commissioner of Social Security,**

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 30) dated May 23, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 30) is

    adopted and incorporated by reference in this order.

2. Plaintiff's motion to dismiss (doc. 29) is hereby *granted*.

3. This case is *dismissed* and the clerk is directed to close the file.

**DONE AND ORDERED** this <u>twenty-third</u> day of June, 2006.

      *s/ Stephan P. Mickle*

      Stephan P. Mickle
      United States District Judge